VOL. 56, JUNE TERM, 1908.            301

The Florala S. M. Co. v. Britt-Carson Shoe Co.—Opinion of Court.

THE FLORALA SAWMILL COMPANY, A CORPORATION, *Plaintiff in Error*, v. BRITT-CARSON SHOE COMPANY, A CORPORATION, *Defendant in Error.*

AMENDING DECLARATION AFTER VERDICT—REITERATING CHARGES.

1. There is no error in permitting the plaintiff to amend his declaration by the addition thereto of an *ad dammum* clause, after verdict but before entry of judgment.

2. It is not error to refuse to give a requested instruction when the substance thereof has already been given in charge.

This case was decided by Division B.

Writ of Error to the Circuit Court for Walton County.

The facts in the case are stated in the opinion of the court.

*Daniel Campbell & Son,* for plaintiff in error.

*S. K. Gillis,* for defendant in error.

TAYLOR, J.—The defendant in error as plaintiff below sued the plaintiff in error as defendant below in the Circuit Court of Walton County in assumpsit for the price and value of merchandise sold and delivered to it. The trial resulted in a verdict and judgment in favor of the plaintiff below and to review this judgment the defendant below brings the case here by writ of error.

There are thirty-six assignments of error, the first eighteen of them predicated upon the admission and rejection of evidence. We have examined each of these assignments in detail and find no material error in any of them, and as a more detailed discussion of any of them would subserve no useful purpose, but would simply

serve to fill up our reports with useless matter, we deem
no further discussion of them necessary. The rest of
the assignments of error are predicated upon charges
of the court to the jury, except the 36th and last assign-
ment. Here again no useful purpose can be subserved
by setting out these various charges in full or in a de-
tailed discussion thereof. It is sufficient for us to say
that we have carefully considered each and every one of
them and find that they were carefully and accurately
drawn and state the law correctly.

The 36th and last assignment of error complains of
the court's permitting the plaintiff to amend its declara-
tion after verdict, but before judgment by the addition
thereto of the *ad damnum* clause. That there was no
error in this see Cooper v. Livingston, 19 Fla. 684; Burt
v. Florida Southern R. Co., 43 Fla. 339, 31 South. Rep.
265; Younglove v. Knox, 44 Fla. 743, 33 South. Rep.
427.

Complaint is also made of the refusal of the court to
give a charge requested by the defendant. The court
had already given the substance of this charge to the
jury and there was, therefore, no error in its refusal.

It is contended that the verdict of the jury was con-
trary to the evidence and was not supported thereby. We
think that the verdict was amply sustained by the evi-
dence. The case was evidently fairly tried and we think
that substantial justice has been done between the par-
ties, and finding no error the judgment of the court be-
low in said cause is hereby affirmed at the cost of the
plaintiff in error.

HOCKER and PARKHILL concur.

SHACKLEFORD, C. J., and COCKRELL and WHITFIELD,
JJ., concur in the opinion.